Eric M. McMILLIAN, Plaintiff–Appellant,

and

The U.S. Courts, Jails and Prisons Coalition, c/o Eric M. McMillian 4811–D Blue Bird Court Raleigh, NC 27606, Plaintiff,

v.

RALEIGH CITY COUNCIL; G.C. Leconey, Defendants–Appellees.

No. 12–1773.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 2, 2012.

Decided: Nov. 7, 2012.

Eric M. McMillian, Appellant Pro Se.

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric M. McMillian appeals the district court's order dismissing the civil action

filed by McMillian on behalf of his organization for failure to pay the filing fee. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because McMillian's informal brief does not challenge the basis for the district court's disposition, McMillian has forfeited appellate review of the court's order. Accordingly, we grant leave to proceed on appeal in forma pauperis and affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*